# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 76CR0690-BTM |
| Plaintiff, ) | |
| ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. ) | |
| ESTANISLAO OLMOS-GONZALES, ) aka Manuel Aguirre-Galindo, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: July 8, 2014

*[signature]*

HONORABLE BARRY TED MOSKOWITZ
Chief Judge